**Order entered January 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01191-CV

**HENRY STEPHENSON BYRD, MD, ET AL, Appellants**

**V.**

**ROLANDA HUTTON AND BRYAN HUTTON, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15886**

## ORDER

Before the Court is appellees' January 22, 2020 unopposed motion for a seven-day extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 5, 2020.

/s/     ERIN A. NOWELL
         JUSTICE